3000020964

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
TEXAS DALLAS DIVISION

**MICHEAL PRICE, Plaintiff,**

V.

3-25CV3231-S

**TRANSAMERICA LIFE INSURANCE COMPANY, OMAR TREJO, FAMILY COMES FIRST INSURANCE, LLC, JOHN DOES 1–10, Defendants.**

Civil Action No. _____   JURY TRIAL DEMANDED

PLAINTIFF'S COMPLAINT Plaintiff Micheal Price ("Plaintiff"), appearing pro se, files this Complaint against Defendants Transamerica Life Insurance Company ("Transamerica"), insurance agent Omar Trejo, Family Comes First Insurance, LLC ("FCFI"), and John Does 1–10 (unknown telemarketing vendors, call centers, lead generators, and spoofing entities), and alleges violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, the Truth in Caller ID Act, the Texas Business & Commerce Code §§ 305.053 and 44.151–44.153 (Texas Anti-Spoofing Act), and the Texas Deceptive Trade Practices Act ("DTPA"). Plaintiff alleges as follows:

## I. INTRODUCTION

1. This action arises from a persistent, coordinated, and unlawful telemarketing operation that repeatedly bombarded Plaintiff's personal cell phone with automated voices, deceptive scripts, spoofed caller IDs, false business identities, and misleading transfers, ultimately funneling Plaintiff to Defendant Omar Trejo, who sold and submitted a Transamerica life-insurance policy.
2. These calls used the same telemarketing structure, deceptive patterns, and spoofing tactics exposed in **Pinn v. Transamerica** and **Dobronsky v. Transamerica**, including:
    - Automated dialing systems indicators (audible click delays);
    - AI voices posing as "Victoria," "Nancy," and others;
    - fake and spoofed caller IDs;
    - scripted "Senior Benefits" & "Final Expense" misrepresentations;
    - misleading warm transfers to a Transamerica-linked agent;
    - refusal to provide policy information unless Plaintiff purchased first;
    - repeated calls after explicit do-not-call requests.
3. Plaintiff personally documented at least **38** illegal calls between September 2025 and November 2025. Plaintiff alleges that discovery **may reveal** well over 100 calls, all violating the TCPA and Texas law. Plaintiff's phone number has been continuously registered on the **National Do Not Call Registry since 2018** and is also registered on the Texas No Call List. Plaintiff never consented to any telemarketing from any Defendant.
4. Defendants financially benefited from the unlawful scheme. Transamerica's corporate ratification is conclusively established by its direct debit of **$38.97** from Plaintiff's bank

account on **November 13, 2025** (**ORIG CO NAME: TRANSAMERICA LIF / ORIG ID: 8263863381**) after the deceptive sale.

5. Plaintiff seeks statutory damages, treble damages, and all penalties permitted under federal and Texas law. The scheme was ratified through Transamerica's direct corporate act of issuing the policy and processing payment.
6. The total amount in controversy exceeds **$1,000,000** based on statutory stacking and the anticipated number of calls shown in Defendants' own records.

## II. PARTIES

8. Plaintiff Micheal Price is an individual residing at 1208 Sylvia Street, DeSoto, TX 75115. His personal cell phone number is 214-264-5707, used for personal purposes since before 2008.
9. Plaintiff's number has been listed on the National Do Not Call Registry since 2018.
10. Defendant Transamerica Life Insurance Company ("Transamerica") is an Iowa corporation doing business nationwide, including in Texas.
11. Defendant Omar Trejo is a licensed insurance agent who markets and sells Transamerica products.
12. Defendant Family Comes First Insurance, LLC ("FCFI") is located at 5955 South Edmond Street, Las Vegas, NV 89118 and serves as Trejo's agency and contracting entity.
13. Defendants JOHN DOES 1–10 are unknown telemarketing vendors, call centers, overseas or domestic dialing operations, and lead generators responsible for placing the illegal calls, spoofing numbers, or transferring leads to Trejo and Transamerica.

## III. JURISDICTION AND VENUE

14. This Court has federal-question jurisdiction under 28 U.S.C. § 1331 because Plaintiff asserts claims under the TCPA, 47 U.S.C. § 227.
15. This Court has supplemental jurisdiction over Texas state-law claims under 28 U.S.C. § 1367.
16. Venue is proper under 28 U.S.C. § 1391 because Plaintiff resides in this District and all calls were received in this District.

## IV. FACTUAL ALLEGATIONS

A. Plaintiff's Phone and DNC Registration

17. Plaintiff's cellular telephone is used for personal, residential purposes.
18. Plaintiff never provided prior express invitation, permission, or written consent to receive marketing calls from any Defendant.
19. Plaintiff's number has been continuously listed on the National Do Not Call Registry since **2018** and is also protected by the Texas No-Call List.
20. All calls at issue were unsolicited and unauthorized.

B. Summary of Illegal Calls

21. Between September 2025 and November 2025, Plaintiff received at least **38** illegal calls, all following the same deceptive structure. (See Exhibit A, incorporated by reference.)
22. These include calls from spoofed area codes, AI voices, "Senior Benefits," "American Benefits," and other fictitious entities.
23. Each call occurred despite Plaintiff's DNC registration, violating federal and state law.

C. Transfer to Trejo, the Deceptive Sale, and Corporate Ratification

24. Only one call was ultimately transferred to Defendant Omar Trejo, who claimed he could complete a Transamerica policy application.
25. Plaintiff asked Trejo for written documentation and verification of the insurance company. Trejo stated that no policy documents could be provided unless Plaintiff first purchased the policy.
26. Plaintiff verbally informed Defendant Trejo that the **initial banking information** provided to the call center was inaccurate because he did not trust the caller.
27. Plaintiff informed Defendant Trejo that the initial banking information provided to the call center was intentionally inaccurate because Plaintiff did not trust the original caller. Plaintiff completed the purchase only because the prior callers refused to disclose their true identity or provide any information unless Plaintiff enrolled, leaving Plaintiff with no other way to determine the company responsible for the persistent unlawful calls.
28. Despite being warned of the data inaccuracy and the suspicious nature of the lead, **Defendant Trejo knowingly proceeded with the sale**, obtained the correct final banking information, and finalized the policy application.
29. Once received, the policy documents showed that Transamerica, Trejo, and FCFI were behind the telemarketing scheme.
30. **Conclusive Proof of Ratification:** Transamerica issued the policy, and this act, combined with the ACH transaction on **November 13, 2025**, for **$38.97** (ORIG CO NAME: TRANSAMERICA LIF), conclusively establishes Transamerica's ratification of the unlawful sale.

D. Defendants Continued Calling After Plaintiff Demanded They Stop

31. Plaintiff explicitly told the callers to stop calling. The calls continued anyway.
32. The pattern demonstrates willful violation.
33. The Caller ID spoofing violates both federal and Texas law.

34. Spoofed caller IDs included: "Neiman Marcus," "Cardtronics," and 214 numbers that when called back were disconnected phone numbers.

E. Discovery Will Reveal Additional Calls

35. Plaintiff reasonably believes Defendants placed **well over 100 calls** and discovery of their internal logs, lead lists, and vendor records will confirm the full call count.

## V. LIABILITY OF EACH DEFENDANT

A. Transamerica

36. Transamerica is vicariously liable under federal common-law agency principles.
37. Transamerica financially benefited from the illegal sale.
38. Transamerica had prior notice of identical misconduct in *Pinn* and *Dobronsky* but failed to implement corrective changes.
39. **Transamerica's ratification of the unlawful conduct is conclusively proven by the direct corporate transaction: issuing the policy and subsequently billing Plaintiff's bank account for premiums.**

B. Omar Trejo

40. Trejo personally conducted the sale and is directly liable.
41. Trejo knew or should have known the lead was generated illegally.
42. Trejo completed the sale despite clear warnings.

C. Family Comes First Insurance (FCFI)

43. FCFI facilitated and benefited from the unlawful lead-generation funnel.
44. FCFI is liable as Trejo's supervising entity.

D. John Does 1–10

45. These unknown entities made or facilitated the unlawful calls and are liable individually and collectively.

## VI. CAUSES OF ACTION

46. COUNT 1 — TCPA (47 U.S.C. § 227(c)) — Calls to DNC-Registered Number
47. COUNT 2 — TCPA (47 U.S.C. § 227(b)) — Robocalls / Artificial/ Prerecorded voice calls
48. COUNT 3 — Truth in Caller ID Act (47 U.S.C. § 227(e)) — Spoofing
49. COUNT 4 — Texas Business & Commerce Code § 305.053 — ADAD/Mini-TCPA Violation
50. COUNT 5 — Texas Business & Commerce Code §§ 44.151–44.153 — Texas Anti-Spoofing Act
51. COUNT 6 — Texas Deceptive Trade Practices Act (DTPA) — Misrepresentations

## VII. DAMAGES DEMANDED

52. Plaintiff seeks the following damages and statutory penalties: A. **Federal & State Statutory Penalties (Stackable):** Up to **$1,500 per call** for each willful violation of the TCPA and Texas Mini-TCPA. B. **Spoofing Penalties:** Plaintiff seeks either **$5,000 per violation** (if the Court interprets Texas law to permit this private recovery) **OR the statutory maximum alternative of $1,500 per violation** (pleaded in the alternative). C. **DTPA Remedies:** Treble economic and mental anguish damages for knowing and intentional misconduct. D. **Total Amount in Controversy**: Plaintiff's **38** documented calls create over **$171,000** in minimum statutory exposure. Because the calling campaign was continuous and involved auto dialers, spoofed numbers, and multiple caller identities, the **exact number of calls is uniquely within Defendants' possession**. Based on the ongoing calling patter, caller behavior, and the nature of the telemarketing systems involved, the **total number of calls is reasonably expected to exceed 100**, placing the amount in controversy well above $1,000,000.

## VIII. JURY DEMAND

53. Plaintiff demands a trial by jury on all issues so triable.

## IX. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendants, jointly and severally, and seeks:

A. Statutory damages of **$500–$1,500** per violation under the TCPA and Texas § 305.053; B. Treble damages for willful or knowing violations; C. Civil penalties of **$5,000 per spoofed call, or $1,500 per violation in the alternative**; D. Treble damages under the DTPA; E. Attorney-fee–eligible damages, costs of suit, and pre- and post-judgment interest; F. All other relief the Court deems just and proper.

Respectfully submitted,

/s/ **Micheal Price**

**MICHEAL PRICE**

**1208 Sylvia Street DeSoto, Texas 75115**

**Email: mike@ltimortgage.com**

**Phone: 214-264-5707 Pro Se Plaintiff**

# EXHIBIT A

| Date | Time (24h) | Spoofed Caller ID | Caller / Alias Used | Call Type | Summary of Call / Notes |
|---|---|---|---|---|---|
| 9/4/25 | 4:24 | 956-770-851 | Victoria | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 9/9/25 | 8:30 | 214-214-4151 | Nancy (AI) / David | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 9/12/25 | 10:52 | 214-307-2324 | Evelyn- AI Caller | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 9/22/25 | 11:44 | 214-983-4561 | James | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/15/25 | 11:30 | 214-433-8619 | Olivia | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/15/25 | 11:42 | 214-446-1591 | Alex- Senior Care | Live Call | Automated/ AI/ DNC/ Spoofed |
| 10/16/25 | 11:58 | 214-753-1435 | Michael – Senior Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/16/25 | 3:13 | 214-444-8180 | Michael – Senior Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/20/25 | 10:15 | 214-504-3731 | Stephanie | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/20/25 | 3:43 | 214-884-5350 | Nicole | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/21/25 | 9:44 | 214-281-8131 | Michael – Senior Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/21/25 | 10:55 | 214-310-0306 | Stephanie | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/21/25 | 11:01 | 214-569-1729 | Michael – Senior Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/22/25 | 5:47 | 214-466-8737 | Chris- Financial health | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/23/25 | 15:15 | 214-382-2135 | Zach – Financial Healthcare | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed- Transferred to real person |
| 10/23/25 | 16:10 | 214-276-5741 Cardtronics (Spoofed) | Zach – Financial Healthcare | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/24/25 | 11:29 | 214-602-9701 | Chris- Financial health | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/28/25 | 1:05 | 214-705-7291 | Jeff Seniors Care Benefits | Live | Automated/ AI/ DNC/ Spoofed |
| 10/29/25 | 11:47 | 214-442-4201 | Legacy Life (AI) | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/29/25 | 12:38 | 214-817-5303 | Martina – Senior Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/29/25 | 14:51 | 214-304-4351 | Zach Oliver | | |
| 10/30/25 | 11:26 | 214-594-9350 | Zach – Senior Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/31/25 | 10:24 | 214-921-1468 | Legacy Life Insurance | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/31/25 | 11:05 | 214-799-0480 | Legacy Life Insurance | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 10/31/25 | 11:25 | 214-594-9350 | Zach – Senior Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 11/4/25 | 12:22 | 214-495-2806 | Stephanie – Burial Insurance | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 11/4/25 | 2:09 | 214-903-8373 | Stephanie – Final Expense | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 11/6/25 | 9:41 | 951-246-1185 | Jai – Federal Advantage Serv | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 11/6/25 | 11:48 | 214-935-2413 | Zach – American Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 11/7/25 | 11:46 | 214-427-2871 | Stephanie – Final Expense | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 11/10/25 | 11:44 | 214-664-4736 | Victoria – Senior Financial Sv | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 11/11/25 | 9:27 | 214-296-3616 | Senior Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 11/12/25 | 9:51 | 214-600-7061 | Michael – Senior Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 11/17/25 | 13:55 | 214-414-1031 | Michael – Senior Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 11/18/25 | 9:22 | 214-699-7654 | Chris – Final Expense | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 21-Nov | 9:06 | 214-949-8678 | Martina – Senior Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 11/21/25 | 1:15 | 214-462-1492 | Stephanie | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |
| 11/21/25 | 2:05 | 214-730-7617 | Michael – Senior Benefits | AI / Pre-Recorded | Automated/ AI/ DNC/ Spoofed |