UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**MICHEAL PRICE,**
Plaintiff,

v.

**TRANSAMERICA LIFE INSURANCE COMPANY, et al.,**
Defendants.

Civil Action No. **3:25-cv-3231**

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**AS TO DEFENDANTS OMAR TREJO AND FAMILY COMES FIRST INSURANCE LLC ONLY**

Pursuant to **Federal Rule of Civil Procedure 41(a)(1)(A)(i)**, Plaintiff Micheal Price, proceeding pro se, hereby **voluntarily dismisses without prejudice** all claims asserted against **Defendants Omar Trejo and Family Comes First Insurance LLC only**.

This Notice applies **solely** to Omar Trejo and Family Comes First Insurance LLC. Plaintiff's claims against **Defendant Transamerica Life Insurance Company** remain pending and are **not affected** by this dismissal.

Plaintiff expressly reserves all rights to rely on the conduct of Omar Trejo and Family Comes First Insurance LLC as **relevant non-party actors**, including for purposes of **agency, vicarious liability, ratification, authorization, and causation** in connection with Plaintiff's claims against the remaining Defendant.

No answer or motion for summary judgment has been filed by Omar Trejo or Family Comes First Insurance LLC.

**DATED: January 27, 2026**

Respectfully submitted,

**Micheal Price**
Plaintiff, Pro Se
mike@ltimortgage.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's **CM/ECF** system on this **27th day of January, 2026**.

**Micheal Price**