# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MICHEAL PRICE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-3231-S-BN |
| | § | |
| TRANSAMERICA LIFE INSURANCE | § | |
| COMPANY, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The Magistrate Judge recommended that the Court deny Plaintiff Micheal Price's first Motion for Leave to File First Amended Complaint ("First Motion") [ECF No. 22] and grant in part and deny in part his second Motion for Leave to File First Amended Complaint ("Second Motion") [ECF No. 24]. The Magistrate Judge further recommended that the Court grant leave to amend as to the claims under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227(b) and (c), and Texas Business and Commerce Code §§ 304.151 and 305.053; deny leave to amend as futile as to the claims under the Truth in Caller ID Act, 47 U.S.C. § 227(e), and Texas Business and Commerce Code §§ 44.151 and 302.101; and dismiss the latter claims with prejudice.

Objections were filed, and Plaintiff responded to the Objections. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **DENIES AS MOOT** the First Motion. The Court **GRANTS IN PART** and **DENIES IN PART** the Second Motion. The Court **GRANTS** the Second Motion as

to Plaintiff's claims under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227(b) and (c) and Texas Business and Commerce Code §§ 304.151 and 305.053. The Court otherwise **DENIES** the Second Motion. Plaintiff's claims under the Truth in Caller ID Act, 47 U.S.C. § 227(e), and Texas Business and Commerce Code §§ 44.151 and 302.101 are **DISMISSED WITH PREJUDICE**.

Finally, the Court **ORDERS** Plaintiff to file an amended complaint in compliance with the Court's rulings by no later than **May 21, 2026**.

**SO ORDERED.**

SIGNED April 30, 2026.

**UNITED STATES DISTRICT JUDGE**

2